```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 07764
   LOTTIE BARNES
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2167

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/30/2007 and was not confirmed.

     The case was dismissed without confirmation 07/18/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
GMAC MORTGAGE LLC        CURRENT MORTG         .00          .00           .00
GMAC MORTGAGE LLC        SECURED NOT I         .00          .00           .00
TARGET NATIONAL BANK     UNSECURED          959.04          .00           .00
LONG BEACH ACCEPTANCE    SECURED NOT I         .00          .00           .00
LONG BEACH ACCEPTANCE    NOTICE ONLY     NOT FILED          .00           .00
PRO SE DEBTOR            DEBTOR ATTY           .00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------      --------------
TOTALS                        .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/22/07              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```